Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001012
29-OCT-2014
10:25 AM

NO. CAAP-14-0001012

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

GLEN H. CUARISMA, Claimant-Appellant,
v.
ONO CONSTRUCTION, LLC, Employer-Appellee,
and
SEABRIGHT INSURANCE COMPANY, adjusted by JOHN MULLEN & CO.,
Insurance Carrier-Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 20120-420 (2-09-06104))

ORDER DISMISSING THE APPEAL PURSUANT TO HRAP RULE 11(c)(2)
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On July 25, 2014, Claimant-Appellant Glen H. Cuarisma (**Appellant**) filed a notice of appeal;

(2) On October 1, 2014, the appellate clerk notified Appellant that:

(a) filing fees had not been paid and the record could not be prepared without payment of the fees or an order allowing Appellant to proceed in forma pauperis; and

(b) pursuant to the Hawai'i Rules of Appellate Procedure Rule 11(c)(2), the matter would be called to the attention of the court on October 13, 2014 for such action as the court deems proper, which may include dismissal of the appeal.

(3) Thereafter, Appellant took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaii,  October 29, 2014.

Chief Judge

Associate Judge

Associate Judge